U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 1 2018

TONY R. MOORE, CLERK
BY: _____
         DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-CR-00226** |
| **VERSUS** | * | **JUDGE DRELL** |
| **TOMAS TAVERA-MORALES** | * | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, TOMAS TAVERA-MORALES, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that TOMAS TAVERA-MORALES is finally adjudged guilty of the offense charged in Count One of the Indictment

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _11_ day of _January_, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE